UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

MILTON RAINBOLT, et al

         ,  )
     plaintiff,  )
          )
    v.       ) Case No.
PFIZER, INC., PHARMACIA CORPORATION,  )
G.D. SEARLE, LLC
          ,  )
     defendant.  )

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

____THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

✓ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: 4/6/2007

                       Signature of Filing Party