CLOSED, TRANSF

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:07-cv-00668-ERW
# Internal Use Only

Rainbolt et al v. Pfizer Inc. et al  
Assigned to: Honorable E. Richard Webber  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 04/06/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Milton Rainbolt**  represented by  **Francis J. Flynn**
JEFFREY J. LOWE, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-678-3400
Fax: 314-678-3401
Email: casey@jefflowepc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Myers**  represented by  **Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Strobel**  represented by  **Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Howey**  represented by  **Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geneva Howard**  represented by  **Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Melton**　　　　　　　　　　represented by　**Francis J. Flynn**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Weir**　　　　　　　　　　represented by　**Francis J. Flynn**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shandra Peace**　　　　　　　　　represented by　**Francis J. Flynn**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Malik**　　　　　　　　　　represented by　**Francis J. Flynn**
*decedent for Anita McPeters*　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**　　　　　　　　　　represented by　**Harvey L. Kaplan**
　　　　　　　　　　　　　　　　　　　　　　　　SHOOK AND HARDY, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　　　　　816-474-6550
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 816-421-5547
　　　　　　　　　　　　　　　　　　　　　　　　Email: hkaplan@shb.com
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Jon A. Strongman**
　　　　　　　　　　　　　　　　　　　　　　　　SHOOK AND HARDY, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　　　　　816-474-6550
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 816-421-5547
　　　　　　　　　　　　　　　　　　　　　　　　Email: jstrongman@shb.com
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**　　　　　represented by　**Francis J. Flynn**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Harvey L. Kaplan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon A. Strongman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**　　　represented by　**Francis J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harvey L. Kaplan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon A. Strongman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | COMPLAINT against defendant Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC 3 @ 20 days Summons(es) issued, in the amount of $350, Disclosure of Corporate Interest issued to defts, Jury Demand,, filed by Geneva Howard, Julie Melton, Harry Weir, Shandra Peace, Julie Malik, Milton Rainbolt, Pamela Myers, Steve Strobel, Eva Howey. (Attachments: # 1 Civil Cover Sheet # 2 Original Filing Form)(SAJ, ) (Entered: 04/09/2007) |
| 04/06/2007 | 2 | NOTICE OF PRIVATE PROCESS SERVER by Plaintiffs Geneva Howard, Julie Melton, Harry Weir, Shandra Peace, Julie Malik, Milton Rainbolt, Pamela Myers, Steve Strobel, Eva Howey Process Server Corey Sullivan, (SAJ, ) (Entered: 04/09/2007) |
| 04/09/2007 |  | Receipt # S2007-005584 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of JEFFREY J. LOWE, P.C.. (CSW,) (Entered: 04/10/2007) |
| 04/13/2007 | 3 | SUMMONS Returned Executed filed by Geneva Howard, Julie Melton, Harry Weir, Shandra Peace, Julie Malik, Milton Rainbolt, Pamela Myers, Steve Strobel, Eva Howey. Pfizer Inc. served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/13/2007 | 4 | SUMMONS Returned Executed filed by Geneva Howard, Julie Melton, Harry Weir, Shandra Peace, Julie Malik, Milton Rainbolt, Pamela Myers, Steve Strobel, Eva Howey. Pharmacia Corporation served on 4/10/2007, |

| | | |
|---|---|---|
| | | answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/13/2007 | 5 | SUMMONS Returned Executed filed by Geneva Howard, Julie Melton, Harry Weir, Shandra Peace, Julie Malik, Milton Rainbolt, Pamela Myers, Steve Strobel, Eva Howey. G.D. Searle LLC served on 4/10/2007, answer due 4/30/2007. (Flynn, Francis) (Entered: 04/13/2007) |
| 04/27/2007 | 6 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC.(Strongman, Jon) (Entered: 04/27/2007) |
| 04/27/2007 | 7 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Strongman, Jon) (Entered: 04/27/2007) |
| 04/27/2007 | 8 | ENTRY of Appearance by Harvey L. Kaplan for Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Kaplan, Harvey) (Entered: 04/27/2007) |
| 04/27/2007 | 9 | RULE 16 ORDER This case is assigned to Track: 2 (Standard) Joint Scheduling Plan due by 5/11/2007. Rule 16 Conference set for 5/18/2007 08:45 AM in Chambers before Honorable E. Richard Webber. Signed by Judge Ross A. Walters on 4/27/07. (BAK, ) (Entered: 04/27/2007) |
| 05/03/2007 | 10 | MOTION to Stay *Pending MDL Transfer* by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Strongman, Jon) (Entered: 05/03/2007) |
| 05/03/2007 | 11 | MEMORANDUM in Support of Motion re 10 MOTION to Stay *Pending MDL Transfer* filed by Defendants Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Strongman, Jon) (Entered: 05/03/2007) |
| 05/04/2007 | | Docket Text ORDER: Motion to Stay Pending MDL Transfer [doc. #10] is GRANTED. This matter is STAYED pending transfer to MDL. The May 18, 2007, Rule 16 Conference is VACATED. In the event, this matter is not accepted for transfer by the MDL Panel, Defendants shall immediately notify this Court. So Ordered by Judge E. Richard Webber. (BAB) (Entered: 05/04/2007) |
| 05/04/2007 | | ***Deadline (Rule 16 Conference) terminated. ***Set Flags: Stay Case (JMW) (Entered: 05/07/2007) |
| 05/07/2007 | | ***Clear Flags: R16 (JMW) (Entered: 05/07/2007) |
| 05/29/2007 | 12 | CONDITIONAL TRANSFER ORDER(CTO-66) RE: MDL-1699 -- In re Bextrz Celebrex Marketing, Sales Practices and Products Liability Litiagation by Clerk of the Panel. Signed by Jeffery N. Luthi, Clerk of the Panel on May 23, 2007. (MCB) (Entered: 05/29/2007) |
| 06/04/2007 | 13 | ORDER OF MDL TRANSFER to: Northern District of California, San Francisco Division. Signed by Clerk of the Panel on 5/23/2007. (JMW) (Entered: 06/07/2007) |
| 06/08/2007 | | ***REMARK - Sent e-mail to Northern District of California, San |

|  |  | Francisco Division regarding transfer of case. (JMW) (Entered: 06/08/2007) |