IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>William Ball v. Pfizer Inc et al, 3:06-cv-0223-CRB<br><br>Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB<br><br>The case of Tom Ricketts for Kathy Ricketts *only* on the case of Tom Ricketts for Kathy Ricketts et al. v. Pfizer Inc et al, 3:06-cv-4213-CRB<br><br>The case of Lawrence Deatherage for decedent Vada Deatherage *only* on Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB<br><br>The case of Milton Rainbolt for decedent Vada Deatherage *only* on Milton Rainbolt et al. v. Pfizer Inc et al, 3:07-cv-03062-CRB<br><br>The case of Sarah Salfi as administrator for the estate of Brenda Salfi *only* on Martha Vowell et al. v. Pfizer Inc et al, 3:06-cv-00166-CRB<br><br>The case of David Seeley only on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-cv-00288-CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties who have appeared in the above identified actions through their designated counsel that the cases against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) brought by: (1) William Ball on William Ball v. Pfizer Inc et al, 3:06-cv-0223-

CRB; (2) Robert Willing on Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB; (3) Tom Ricketts for Kathy Ricketts only on the case of Tom Ricketts for Kathy Ricketts et al. v. Pfizer Inc et al, 3:06-cv-4213-CRB; (4) Lawrence Deatherage for decedent Vada Deatherage only on Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB; (5) Milton Rainbolt only on Milton Rainbolt et al. v. Pfizer Inc et al, 3:07-cv-03062-CRB; (6) Sarah Salfi as administrator for the estate of Brenda Salfi only on Martha Vowell et al. v. Pfizer Inc et al, 3:06-cv-00166-CRB; and by (7) David Seeley on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-cv-00288-CRB are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each side will bear its own costs.  If plaintiffs William Ball, Robert Willing, Tom Ricketts for Kathy Ricketts, Lawrence Deatherage for decedent Vada Deatherage, Milton Rainbolt, Sarah Salfi as administrator for the estate of Brenda Salfi, and David Seeley are to refile their actions, these plaintiffs can only do so in federal court.  Plaintiffs' cases in the above styled action remain pending against Merck for Vioxx-related injuries.

GORDEN & REES

By:      /s/Stuart M. Gordon
    Stuart M. Gordon
    275 Battery St., 20th Floor
    Suite 200
    San Francisco, CA 94111
    415-986-5900
    415-896-8054
    Attorney for Defendants

JEFFREY J. LOWE, PC

By:      /s/Jeffrey J. Lowe
    Jeffrey J. Lowe        #10538
    Francis J. "Casey" Flynn #118147
    Attorney for Plaintiff
    8235 Forsyth, Suite 1100
    St. Louis, Missouri 63105
    (314) 678-3400
    Fax: (314) 678-3401

    John Carey
    Joseph P. Danis
    David Bauman
    Sarah Hale
    CAREY & DANIS, LLC
    8235 Forsyth Boulevard, Suite 1100
    St. Louis MO 63105

Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **This pleading applies to:** <br><br> William Ball v. Pfizer Inc et al, 3:06-cv-0223-CRB <br><br> Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB <br><br> The case of Tom Ricketts for Kathy Ricketts *only* on the case of Tom Ricketts for Kathy Ricketts et al. v. Pfizer Inc et al, 3:06-cv-4213-CRB <br><br> The case of Lawrence Deatherage for decedent Vada Deatherage *only* on Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB <br><br> The case of Milton Rainbolt for decedent Vada Deatherage *only* on Milton Rainbolt et al. v. Pfizer Inc et al, 3:07-cv-03062-CRB <br><br> The case of Sarah Salfi as administrator for the estate of Brenda Salfi *only* on Martha Vowell et al. v. Pfizer Inc et al, 3:06-cv-00166-CRB <br><br> The case of David Seeley only on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-cv-00288-CRB | MDL  :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation,

(1) William Ball on William Ball v. Pfizer Inc et al, 3:06-cv-0223-CRB; (2)  Robert Willing on Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB; (3) Tom Ricketts for Kathy Ricketts *only* on the case of Tom Ricketts for Kathy Ricketts et al., 3:06-cv-4213-CRB; (4)  Lawrence Deatherage for decedent Vada Deatherage *only* on Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB; (5)  Milton Rainbolt *only* on Milton Rainbolt et al. v.

Pfizer Inc et al, 3:07-cv-03062-CRB; (6) Sarah Salfi as administrator for the estate of Brenda Salfi only on Martha Vowell et al. v. Pfizer Inc et al, 3:06-cv-00166-CRB; and (7) David Seeley *only* on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-cv-00288-CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC)  are dismissed without prejudice.

_____

United States District Judge Charles R. Breyer