John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 07-3062 CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Milton Rainbolt, et al., <br><br> Plaintiffs <br><br> vs. <br><br> Pfizer Inc, et al., <br><br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Pamela Myers, Steve Strobel, Eva Howey, Geneva Howard, Julia Melton, Harry Weir, and Julie Malik for decedent Anita McPeters in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

1

2   DATED: 1/15, 2010       By: _____

3
                            John J. Carey
4                           **CAREY & DANIS, LLC**
                            8235 Forsyth Blvd., Suite 1100
5                           St. Louis, Missouri 63105
                            Telephone: 314.725.7700
6                           Facsimile: 314.721.0905

7                           *Attorneys for Plaintiffs*

8
    DATED: 1/27, 2010       By: _____
9

10                          **DLA PIPER LLP (US)**
                            1251 Avenue of the Americas
11                          New York, New York 10020
                            Telephone: 212-335-4500
12                          Facsimile: 212-335-4501

13                          *Defendants' Liaison Counsel*

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
17

18
    Dated: FEB - 3 2010
19                          _____
                            Hon. Charles R. Breyer
20                          United States District Court

21

22

23

24

25

26

27

28

-2-